UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cv-00386-W

| | |
|---|---|
| SHARON THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| STATE OF NORTH CAROLINA, ) | |
| ORANGE COUNTY GOVERNMENT, and ) | |
| UNC HEALTHCARE SYSTEM, ) | |
| ) | |
| Defendants. ) | |
| ) | |

THIS MATTER is before the Court on Plaintiff's pro se Motion for Voluntary Dismissal Without Prejudice (Doc. No. 10). All Defendants have responded that they have no opposition to the motion. (Docs. Nos. 11, 12).

IT IS THEREFORE ORDERED that Plaintiff's Motion for Voluntary Dismissal (Doc. No. 10) is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE.

The Clerk is respectfully directed to terminate all pending motions as moot.

IT IS SO ORDERED.

Signed: February 16, 2012

Frank D. Whitney
United States District Judge